DOC NO
REC'D/FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN   2017 OCT 11  PM 5: 25

PETER OPPENEER
CLERK US DIST COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | SUPERSEDING INDICTMENT |
| v. | Case No.  17-CR-00081-WMC |
| | 18 U.S.C. §2251(a) |
| MATTHEW R. HOWARD, | 18 U.S.C. §2252(a)(2) |
| | 18 U.S.C. §2252(a)(4)(B) |
| Defendant. | 18 U.S.C. §2252(b)(2) |

THE GRAND JURY CHARGES:

### COUNT 1

On or about November 15, 2014, in the Western District of Wisconsin, the

defendant,

### MATTHEW R. HOWARD,

knowingly and intentionally used a minor, "Known Victim (KV)," to engage in sexually

explicit conduct for the purpose of producing a visual depiction of such conduct, using

materials that had previously been transported in interstate commerce, specifically,

HOWARD used a G-Technology external hard drive to produce a video labeled

"fdg.mov."

(In violation of Title 18, United States Code, Section 2251(a)).

### COUNT 2

On or about January 29, 2017, in the Western District of Wisconsin, the

defendant,

### MATTHEW R. HOWARD,

knowingly and intentionally used a minor, "Known Victim (KV)," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate commerce, specifically, HOWARD used a G-Technology external hard drive to produce a video labeled "img_3233.mov."

(In violation of Title 18, United States Code, Section 2251(a)).

## COUNT 3

On or about August 17, 2017, in the Western District of Wisconsin, the defendant,

MATTHEW R. HOWARD,

knowingly possessed a G-Technology external hard drive and a Lexar SD card removed from an Apple Mac Book laptop computer, containing visual depictions that had been produced using materials which had been shipped and transported in interstate and foreign commerce, specifically a G-Technology external hard drive, and a Lexar SD card removed from an Apple Mac Book laptop computer, and the production of such visual depictions involved the use of minors engaging in sexually explicit conduct, the depictions are of such conduct, and at least one of the depictions involved a prepubescent minor or a minor who had not attained 12 years of age.

(In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2)).

## COUNT 4

Between in or about February 2016, and in or about April 2016, exact date unknown to the grand jury, in the Western District of Wisconsin, the defendant,

### MATTHEW R. HOWARD,

knowingly distributed visual depictions using any means or facility of interstate and foreign commerce, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and the depictions are of such conduct, specifically, HOWARD sent a movie that was 22 minutes and 52 seconds long, titled "0909.mov," to users of the online chat program Omegle, and this movie contained visual depictions of minors engaged in sexually explicit conduct.

(In violation of Title 18, United States Code, Section 2252(a)(2)).

## COUNT 5

Between in or about April 2016, and in or about June 2016, exact date unknown to the grand jury, in the Western District of Wisconsin, the defendant,

### MATTHEW R. HOWARD,

knowingly distributed visual depictions using any means or facility of interstate and foreign commerce, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and the depictions are of such conduct, specifically, HOWARD sent a movie that was 11 minutes and 24 seconds long, titled "gurlpaedo.mov," to users of the online chat program Omegle, and this movie contained visual depictions of minors engaged in sexually explicit conduct.

(In violation of Title 18, United States Code, Section 2252(a)(2)).

3

## COUNT 6

Between in or about January 2016, and in or about March 2016, exact date unknown to the grand jury, in the Western District of Wisconsin, the defendant,

### MATTHEW R. HOWARD,

knowingly received visual depictions using a facility of interstate commerce, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and the depictions are of such conduct, specifically, HOWARD received a movie that was 20 minutes and 38 seconds long, titled "fucked.mov," from users of the online chat program Omegle, and this movie contained visual depictions of minors engaged in sexually explicit conduct.

(In violation of Title 18, United Stated Code, Section 2252(a)(2)).

## COUNT 7

In or about January 2017, exact date unknown to the grand jury, in the Western District of Wisconsin, the defendant,

### MATTHEW R. HOWARD,

knowingly received visual depictions using a facility of interstate commerce, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, and the depictions are of such conduct, specifically, HOWARD received a movie that was 34 minutes and 19 seconds long, titled "untitlednn.mov," from users of the online chat program Omegle, and this movie contained visual depictions of minors engaged in sexually explicit conduct.

(In violation of Title 18, United Stated Code, Section 2252(a)(2)).

4

## FORFEITURE ALLEGATION

As a result of the offenses charged in Counts 1 through 7 of this indictment, and

upon conviction for violating Title 18, United States Code, Sections 2251(a), 2252(a)(2),

and 2252(a)(4)(B), pursuant to Title 18, United States Code, Section 2253, the defendant,

### MATTHEW R. HOWARD,

shall forfeit to the United States his right, title, and interest in:

(1)  Any and all visual depictions which are or appear to be child pornography,

together with the storage media in which they are contained, including books and

magazines, seized from the defendant's residence; and

(2)  any and all property used or intended to be used to commit or to promote the

commission of the aforementioned offense, including property specifically described as

a G-Technology external hard drive, an Apple Mac Book laptop computer, and a Lexar

SD card removed from the Apple Mac Book.

A TRUE BILL

PRESIDING JUROR

JEFFREY M. ANDERSON
Acting United States Attorney

Indictment returned: 10-11-17