# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### FINAL JUDGMENT

August 3, 2020

Before:

DIANE S. SYKES, Chief Circuit Judge

DANIEL A. MANION, Circuit Judge

MICHAEL S. KANNE, Circuit Judge

**CERTIFIED COPY**
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

|  |  |
|---|---|
| No. 19-1005 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>MATTHEW HOWARD,<br>Defendant - Appellant |
| **Originating Case Information:** ||
| District Court No: 3:17-cr-00081-wmc-1<br>Western District of Wisconsin<br>District Judge William M. Conley ||

The judgment on the § 2251(a) convictions is VACATED and the case REMANDED to the district court with instructions to dismiss these counts and revisit Howard's sentence as needed. We AFFIRM the judgment in all other respects.

The above is in accordance with the decision of this court entered on this date.