# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| | | |
|---|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## NOTICE OF ISSUANCE OF MANDATE

October 26, 2020

To: Peter Oppeneer
UNITED STATES DISTRICT COURT
Western District of Wisconsin
Madison , WI 53703-0000

| | |
|---|---|
| No. 19-1005 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>MATTHEW HOWARD,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 3:17-cr-00081-wmc-1<br>Western District of Wisconsin<br>District Judge William M. Conley |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

| | |
|---|---|
| RECORD ON APPEAL STATUS: | Entire record returned consisting of |
| Other (specify items): | 1 CD referenced in entry #63 on the DC docket sheet |

This notice sent to:

[]  United States Marshal          [ x ]  United States Probation Officer

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                      **Received by:**

_____          _____


form name: **c7_Mandate**(form ID: **135**)