# FEDERAL DEFENDER SERVICES
# OF WISCONSIN, INC.

LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Joseph A. Bugni, Madison Supervisor
John W. Campion
Jessica Arden Ettinger
Anderson M. Gansner
Gabriela A. Leija
Dennise Moreno
Ronnie V. Murray
Tom E. Phillip
Joshua D. Uller
Alexander P. Vlisides
Kelly A. Welsh

22 East Mifflin Street
Suite 1000
Madison, Wisconsin  53703

Telephone 608-260-9900

Facsimile 608-260-9901

October 14, 2021

Honorable William M. Conley
United States District Court Judge
120 North Henry Street
Madison, Wisconsin 53703

Re:   *United States v. Matthew Howard*
      Case No. 17-cr-81-wmc

To the Honorable William M. Conley,

In anticipation of sentencing, I am submitting a letter that Mrs. Michelle Howard sent me last night. It is dated October 7, but I just received it. In it, she echoes the concerns raised in her original letter about Mr. Howard's autism and how that factored into his crime and the need to punish him. In addition, I would like to add two brief points for the Court to consider.

First, I have come to have a tremendous amount of respect for Mrs. Howard. She is a remarkable woman. And I regret not being able to accommodate her desire to have Dr. Farley examine Mr. Howard. If the Court is at all on the fence about the points raised in her letters, I would fully endorse the hearing being continued to allow for an examination to take place.

FEDERAL DEFENDER SERVICES
   OF WISCONSIN, INC.

Honorable William M. Conley
October 14, 2021
Page -2-

    Second, right before the last sentencing was continued, the government (through the victim witness coordinator) and the defense received an email from the victim in this case, requesting a sentence of ten years for Mr. Howard. Here is a copy of that email.

> Andrea,
>
> I have read through some of the filings for this sentencing tomorrow. I think the appropriate sentence for Matt would be 10 years. I hope that you will please let Julie and the court know this because I don't want to speak tomorrow. Thank you for reaching out and all of your help. I really appreciate it.
>
> Stacey
>
> Sent from my iPhone

While it is the government's job to bring this information to the Court and I have no doubt it will tomorrow, I did not want the Court to be surprised by this.

    Thank you for your attention to this matter.

                                      Sincerely,

                                      */s/ Joseph A. Bugni*

                                      Joseph A. Bugni
                                      Associate Federal Defender